**2010–1970. Essman v. Portsmouth.**
Scioto App. No. 09CA3325, 2010-Ohio-4837. Discretionary appeal accepted on Proposition of Law Nos. I and II, and cause consolidated with 2010–2253, *Essman v. Portsmouth,* Scioto App. No. 09CA3325, 2010-Ohio-4837.
O'CONNOR, C.J., would accept the appeal on Proposition of Law No. II only.

Cupp, J., would accept the appeal on Proposition of Law No. I only.

Pfeifer and O'Donnell, JJ., dissent.